No. 00–9277. TERRY v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 00–9312. VARONA v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 00–9324. STILL v. BOONE, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 00–9328. BEGAY v. WILLIAMS, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 00–9364. CALHOUN v. ALABAMA ET AL. C. A. 11th Cir. Certiorari denied.

No. 00–9379. BULLOCK v. TORPEY. Super. Ct. Pa. Certiorari denied.

No. 00–9387. BOWMAN v. FLORIDA. Dist. Ct. App. Fla., 4th Dist. Certiorari denied.

No. 00–9395. SANCHEZ v. ROE, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 00–9439. RIVAS v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 00–9444. PADILLA v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 00–9461. SCOTT v. UNITED STATES COURT OF APPEALS FOR THE SIXTH CIRCUIT. C. A. 6th Cir. Certiorari denied.

No. 00–9467. RODRIGUEZ-RODRIGUEZ v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 00–9486. DANIELS v. DEES, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 00–9493. HARRIS v. NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.

No. 00–9497. HADLEY v. RYAN, GOVERNOR OF ILLINOIS, ET AL. App. Ct. Ill., 3d Dist. Certiorari denied.